BETH CREIGHTON, OSB #972440
E-mail: beth@civilrightspdx.com
CREIGHTON & ROSE, PC
300 Powers Building
65 S.W. Yamhill Street
Portland, Oregon 97204
Phone: (503) 221-1792
Fax:     (503) 223-1516

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **AISHA KEYS,** | Case No. 3:20-cv-01550-MO |
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF LAURA KOISTINEN** |
| **FEDEX GROUND PACKAGE SYSTEM, INC.,** | |
| Defendant. | |

Please take notice that Laura Koistinen is regretably no longer with the firm of Creighton & Rose, PC and will no longer be representing Plaintiff in the above-captioned action. Plaintiff will continue to be represented by Beth Creighton of Creighton & Rose, PC. Plaintiff respectfully requests that all further notices, pleadings, and correspondence be addressed to Beth Creighton and delivered to the address below.

Beth Creighton

65 Yamhill St. #300

Portland, Oregon 97104-3316

Telephone: 503-221-1792

PAGE 1 – NOTICE OF WITHDRAWAL OF ATTORNEY

CREIGHTON & ROSE, PC
ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204-3316
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com

Email: beth@civilrightspdx.com

Dated this 14th day of July, 2021.

CREIGHTON & ROSE, PC

/s/ Beth Creighton
Beth Creighton, OSB #972440
E-mail: *beth@civilrightspdx.com*
Of Attorney for Plaintiff

PAGE 2 – NOTICE OF WITHDRAWAL OF ATTORNEY

CREIGHTON & ROSE, PC | ATTORNEYS AT LAW
65 SW Yamhill St. #300
Portland, OR 97204-3316
T. (503) 221-1792
F. (503) 223-1516
beth@civilrightspdx.com